UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOHN RIVERA,

                                Petitioner,

   -against-

ANDREW CUOMO, NEW YORK STATE
ATTORNEY GENERAL, and JOSEPH
SMITH, SUPERINTENDENT, SHAWANGUNK
CORRECTIONAL FACILITY,

                                Respondents.
------------------------------------------------------------------X

JUDGMENT
05-CV- 1699 (SLT)

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on December 21, 2009, denying the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254; dismissing the case; and ordering that no Certificate of Appealability is granted with respect to any of petitioner's claim; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondents; that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied; that the case is dismissed; and that no Certificate of Appealability is granted with respect to any of petitioner's claim.

Dated: Brooklyn, New York
         December 22, 2009

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court